**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 31, 2022

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Council</u>
22 Cr. 49 (PAE)

Dear Judge Engelmayer:

    I write on behalf of Rashiem Council in the above-captioned matter to respectfully request that the Court unseal and place on the public docket the filing corresponding to docket entry 40. The government takes no position on this request.

    Although dated on the docket as corresponding to May 31, 2022, it is counsel's understanding that sealed docket entry 40 corresponds to my June 3, 2022 sealed letter regarding medical attention for Mr. Council at MDC Brooklyn.[1] Because the subject of Mr. Council's medical treatment was discussed in open court and in subsequent public filings (e.g., Docs. 44, 45), and will likely be addressed in Mr. Council's sentencing submission, Mr. Council respectfully requests that docket entry 40 be unsealed.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 64.
SO ORDERED.                    11/1/2022

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

---

[1] I have conferred with counsel for all other parties and understand that no other filings were submitted under seal around the time of this application.